## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RANGESAN NARAYANAN, et al., ) | 3:11-CV-0744-LRH (VPC) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | May 30, 2012 |
| THE STATE OF NEVADA, et al., ) | |
| Defendant(s). ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is plaintiffs' emergency motions for reconsideration of the court's ruling regarding George Fernandez's privilege log (#46) and to modify a subpoena (#47). Defendants have responded to the motions (#s 53 & 54).

   **IT IS ORDERED** that both emergency motions (#s 46 & 47) are **DENIED**. A written ruling from the court will follow.

   **IT IS SO ORDERED.**

                                                  LANCE S. WILSON, CLERK

                                       By:      /s/
                                                  Deputy Clerk