# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RANGESAN NARAYANAN and GEORGE FERNANDEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> THE STATE OF NEVADA, et al., <br><br> Defendants. | 3:11-CV-0744-LRH (VPC) <br><br><br> **ORDER** |

At the June 25, 2012 case management conference in this case, a dispute arose concerning defendant's request for production of documents (#64). Defendants requested production of two categories of documents identified in the plaintiffs' June 6, 2012 privilege log on the ground that the documents that are not protected by the attorney-client privilege or the common interest doctrine. *Id.* After hearing arguments of counsel, the court ordered certain categories of documents be produced to the court for an *in camera* review. *Id.* Plaintiffs' counsel submitted the documents *in camera* (#66) and also filed a supplemental brief in support of the privilege log (#65). The court has reviewed the documents and plaintiffs' supplemental brief, and enters this order with respect to the categories of documents identified in the supplemental brief.

I. **Category A: Bates numbers 2726-2735**
   1. Bates numbers 2726-2728 - protected by common interest doctrine; do not produce.
   2. Bates numbers 2729-2735 - not protected by common interest doctrine; produce.

II. **Category B: Bates numbers 2780-2783, 3021, 3136, and 2911**
   1. Bates numbers 2780-2783 - not privileged; produce.
   2. Bates number 3021 - not privileged; produce.
   3. Bates number 3136 - protected by attorney-client privilege; do not produce.
   4. Bates number 2911 - privileged; do not produce.

### III. Category C

Plaintiffs report that in addition to the documents the court ordered produced at the June 25, 2012 hearing, plaintiffs have identified the following additional documents, which they will also produce: bates numbers 3018, 3026, 3035-3069, 3070, 3071-3105, and 3137 (#65).

### IV. Category E [sic]: Bates numbers 2333, 3017, 3022, 3259, 3260-3262, 3263, 3264, 3265-3268, and 3308

1. Bates number 2333 - not privileged; produce.
2. Bates number 3017 - not privileged; produce.
3. Bates number 3022 - not privileged; produce.
4. Bates number 3259 - privileged; do not produce.
5. Bates numbers 3260-3262 - privileged; do not produce.
6. Bates number 3263 - privileged; do not produce.
7. Bates number 3264 - privileged; do not produce.
8. Bates numbers 3265 - not privileged, except for third sentence in the April 12, 2011 email from Scott Huber. Plaintiffs shall redact the third sentence identified above and produce the balance of the email to defendants.
9. Bates number 3266 - not privileged except for the third sentence in the April 12, 2011 email from Scott Huber. Plaintiffs shall redact the third sentence and produce the balance of the this document.
10. Bates number 3267-3268 - not privileged except for the third sentence in the April 12, 2011 email from Scott Huber at Bates number 3267. Plaintiffs shall redact the third sentence and produce the remaining two pages of these emails.
11. Bates number 3308 - privileged; do not produce.

Plaintiffs are ordered to produce the documents as set forth above to the defendants no later than the close of the business day on Friday, July 13, 2012.

**IT IS SO ORDERED.**

DATED: July 11, 2012.

_____
UNITED STATES MAGISTRATE JUDGE